IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA.

CIVIL DIVISION
CASE NO:

ST. MARY'S MEDICAL CENTER, INC.,
as Assignee of ABEL MAYA PEREZ,

Plaintiff,

vs.

IMPERIUM INSURANCE COMPANY,
a foreign corporation authorized to transact insurance in Florida,

Defendant.
_______________________________________/

NOT A CERTIFIED COPY

## COMPLAINT FOR DAMAGES

**COMES NOW**, PLAINTIFF, ST. MARY'S MEDICAL CENTER, INC., by and through its undersigned attorney files this Complaint for Damages against IMPERIUM INSURANCE COMPANY, for money damages. As grounds therefore and in support thereof PLAINTIFF states as follows:

## PARTIES

1. Plaintiff is a Florida medical provider located in Palm Beach County, Florida.
2. Abel Maya Perez ("Insured") was insured under an Occupational Accident Insurance Policy issued by Imperium.
3. Plaintiff received a valid written post-loss Assignment of Benefits executed by the Insured. A copy of the Assignment is attached as ***Exhibit "A"***.
4. By virtue of that Assignment, Plaintiff stands in the shoes of the Insured and is entitled to enforce payment of benefits due under the policy.
5. Defendant Imperium Insurance Company is authorized to transact insurance in Florida and may be served through its registered agent, Capitol Corporate Services, Inc., 515 East Park Avenue, 2nd Floor, Tallahassee, Florida 32301.

## JURISDICTION AND VENUE

6. This is an action for damages in excess of $50,000, exclusive of interest, costs, and attorney's fees.
7. Venue is proper in Palm Beach County because the medical services were rendered in Palm Beach County and payment was due in Palm Beach County.

## GENERAL ALLEGATIONS

8. Imperium issued an Occupational Accident Insurance Policy providing medical expense coverage with a Maximum Benefit Amount of $1,000,000. A copy of the Declarations Page is attached as ***Exhibit "B".***
9. On June 17, 2024, the Insured sustained bodily injuries after falling approximately twelve (12) feet from a semi-trailer.
10. Plaintiff rendered medically necessary treatment to the Insured from June 17, 2024 through July 11, 2024.
11. The total charges for the treatment rendered were $629,670.46.
12. Detailed billing records and itemized statements will be produced in discovery.
13. Plaintiff timely submitted its claim for payment to Imperium.
14. On or about October 2, 2024, Imperium issued an initial payment in the amount of $26,717.55 (the "First Payment"). A copy is attached as ***Exhibit "C".***
15. Plaintiff appealed the underpayment.
16. By correspondence dated January 21, 2025, Imperium represented that the claim was being processed as an Occupational Accident claim and that reimbursement was calculated using Medicare reimbursement rates. A copy is attached as ***Exhibit "D".***
17. Following further dispute, Imperium issued an additional payment in the amount of $247,736.60 (the "Second Payment"). A copy is attached as ***Exhibit "E".***
18. Imperium represented that this additional payment was calculated using the Florida Workers' Compensation fee schedule.
19. The Occupational Accident policy at issue is not a workers' compensation policy.
20. The policy provides medical benefits up to $1,000,000 as reflected in Exhibit "B."
21. Imperium has paid a total of $274,454.15.
22. The remaining unpaid balance is $355,216.31.
23. Plaintiff deposited the Second Payment under protest and without prejudice to its right to

NOT A CERTIFIED COPY

pursue recovery of the full amount due.

24. All conditions precedent to filing this action have been performed, waived, or have occurred.

## COUNT I – BREACH OF CONTRACT

25. Plaintiff realleges paragraphs 1–24.
26. A valid insurance contract existed between Imperium and the Insured.
27. Plaintiff, as valid assignee of post-loss benefits, stands in the shoes of the Insured and is entitled to enforce payment of covered benefits.
28. Plaintiff alternatively pleads that it is an intended third-party beneficiary of the policy.
29. Plaintiff fully performed by rendering medically necessary treatment.
30. Imperium breached the policy by:
    a. Failing to pay the full amount of covered medical expenses;
    b. Applying Medicare reimbursement methodology;
    c. Applying the Florida Workers' Compensation fee schedule to a non-workers' compensation policy;
    d. Failing to pay benefits available under the policy.
31. As a direct and proximate result of Imperium's breach, Plaintiff has suffered damages in the amount of $355,216.31, plus pre-judgment interest.

WHEREFORE, Plaintiff demands judgment against Imperium Insurance Company for:

a. Damages in the amount of $355,216.31;
b. Pre-judgment interest;
c. Costs;
d. Attorney's fees as permitted by law;
e. Such further relief as the Court deems just and proper.

NOT A CERTIFIED COPY

Respectfully submitted,

Law Offices of Lorne S. Cabinsky, P.A.
*Attorney for Plaintiff*
3020 NE 32nd Avenue, Suite 201B
Fort Lauderdale, FL 33308
(954) 563-6900
(954) 563-6901 fax

/s/*Lorne S. Cabinsky*
Lorne S. Cabinsky, Esquire
Florida Bar No.: 331510
lc@lcabinskylaw.com - primary
dvazquez@lcabinskylaw.com - secondary

NOT A CERTIFIED COPY

# EXHIBIT "A"

NOT A CERTIFIED COPY

ST. MARY'S MEDICAL CENTER
PALM BEACH HEALTH NETWORK

Session Date: 06/17/2024

# PATIENT REPORT

**ABEL MAYAPEREZ**

## COS With NPP Policy

### COS with NPP policy ±

COS with NPP

CONSENTIMIENTO PARA EL TRATAMIENTO Y CONDICIONES PARA EL INGRESO

Consentimiento para recibir atención de salud médica y relacionada: doy mi consentimiento para el ingreso al hospital, el tratamiento y los procedimientos que el médico considere necesarios durante esta hospitalización o mientras yo sea un paciente ambulatorio o del Departamento de Urgencias. Estos pueden incluir tratamiento o servicios de emergencia, servicios de telemedicina, procedimientos de laboratorio, radiografías, tratamiento o procedimientos médicos o quirúrgicos, anestesia y otros servicios hospitalarios que se me presten según las instrucciones generales y especiales del médico o el cirujano. Entiendo que tendré la oportunidad de dar mi consentimiento de forma separada para ciertos procedimientos y tratamientos médicos. También entiendo que la prestación de servicios de atención de salud no es una ciencia exacta y que el diagnóstico y tratamiento pueden implicar el riesgo de lesiones o incluso la muerte. No se me dan garantías sobre el resultado del examen o el tratamiento en este hospital. El hospital tiene mi autorización para usar cualquier tejido o células humanas extraídos durante mi atención hospitalaria para estudio de diagnóstico, enseñanza o investigación futuros.

Consentimiento para el tratamiento mediante telemedicina: Doy mi consentimiento para el uso de comunicaciones electrónicas que permitan a los proveedores de atención médica en diferentes lugares utilizar mi información médica individual de paciente para fines de diagnóstico, tratamiento y/o seguimiento. Doy mi consentimiento para que se comparta mi información médica según sea necesario para recibir servicios de telemedicina, y entiendo que se aplican las protecciones de confidencialidad existentes. Reconozco que, aunque la telemedicina puede mejorar el acceso a la atención médica, al igual que con cualquier procedimiento médico, existen riesgos potenciales y no se puede garantizar ni asegurar ningún resultado. Estos riesgos incluyen, pero no se limitan a: problemas técnicos con la transmisión de información de salud; fallas del equipo que podrían provocar la pérdida de información de salud o retrasos en el tratamiento. Entiendo que tengo derecho a negar o retirar mi consentimiento al uso de la telemedicina en el curso de mi atención en cualquier momento, sin que ello afecte a mi derecho a recibir tratamiento en el futuro y sin arriesgarme a la pérdida o retirada de cualquier beneficio del programa al que de otro modo tendría derecho.

Educación: estudiantes, residentes, colegas de postgrado, estudiantes de enfermería y otros estudiantes clínicos pueden participar en mi atención como parte de la educación clínica o el programa de investigación del hospital bajo la supervisión adecuada. A menos que le informe al hospital que no quiero participar en estos programas educativos, acepto que las personas en capacitación puedan participar en mi atención o proporcionarme atención mientras sea paciente del hospital.

Proveedores de Medical y Allied Health Care: todos los médicos, cirujanos y diversos otros profesionales independientes que proporcionan atención a pacientes en el hospital, entre los que se incluyen médicos del Departamento de Urgencias, radiólogos, patólogos, anestesiólogos y otros médicos que proporcionan atención o consultas (de forma colectiva, "Médicos") son profesionales independientes. No son empleados ni representantes del hospital. Los médicos de cada paciente son responsables del diagnóstico de la afección del paciente, de establecer un plan de atención, obtener el consentimiento informado del paciente para realizar un tratamiento médico o quirúrgico, realizar procedimientos de diagnóstico y terapéuticos y de ordenar la prestación de servicios hospitalarios para el paciente por parte del personal del hospital. Es responsabilidad del hospital seguir las instrucciones de los médicos a través de las enfermeras y otros miembros del personal de apoyo.

Los médicos pueden decidir contratar asistentes médicos y enfermeras practicantes para que los ayuden con la atención médica. Los asistentes médicos y las enfermeras practicantes contratados por los Médicos no son empleados ni representantes del hospital y los Médicos supervisores son los responsables exclusivos de estos asistentes médicos y enfermeras practicantes.

Doy mi consentimiento para la prestación de servicios por parte de Médicos y profesionales independientes y acepto que son los responsables exclusivos de la atención y de dar las instrucciones al personal del hospital. Además, libero al hospital de cualquier responsabilidad por los actos o las omisiones de estos Médicos o profesionales independientes.

NOT ACCEPTED COPY

ST. MARY'S MEDICAL CENTER
PALM BEACH HEALTH NETWORK

# PATIENT REPORT

Session Date: 06/17/2024

**ABEL MAYAPEREZ**

Mis iniciales al final de este párrafo confirman que he leído los tres párrafos anteriores; entiendo y acepto los términos de estos párrafos; soy el paciente, el representante legal del paciente o estoy debidamente autorizado por el paciente para aceptar estos términos y recibiré una copia de los mismos.

Pacientes de maternidad: si doy a luz a uno o más bebés mientras soy paciente del hospital, acepto que se aplique esta misma Condición de los servicios para el o los bebés. Reconozco que recibiré una copia por escrito que indique mis derechos como paciente de cuidados de maternidad (si los hay).

Propiedad personal: como paciente, se me recomienda dejar los artículos personales en casa. El hospital mantiene una caja de seguridad incombustible para guardar el dinero y los artículos de valor. El hospital no es responsable por la pérdida o daño de dinero, joyas, documentos, abrigos y otras prendas, prótesis dentales, anteojos, audífonos, prótesis u otros artículos de valor inusual y de tamaño pequeño (a menos que se coloquen en la caja de seguridad incombustible) y tampoco será responsable por la pérdida y daño de cualquier otro tipo de propiedad personal, a menos que se deje en el hospital para su resguardo. La responsabilidad máxima del hospital por la pérdida de cualquier propiedad personal que se haya dejado en el hospital para su resguardo está limitada a quinientos dólares ($500.00), a menos que yo obtenga un recibo por escrito por una cantidad mayor proveniente del hospital.

Consentimiento para tomar imágenes o fotografías clínicas: entiendo que algunos procedimientos del hospital incluyen el uso de cintas de video u otras imágenes como parte de la atención estándar. Doy mi consentimiento para el uso de fotografías durante los procedimientos médicos y quirúrgicos. El hospital puede usar estas imágenes para fines de tratamiento, científicos, educativos o de investigación médica. Además, doy mi consentimiento para que se tomen fotografías de rutina relacionadas con la atención de pacientes, lo que incluye a los recién nacidos. El término "fotografía" incluye videos o fotografías fijas, en formato digital u otro, y cualquier otro medio para grabar o reproducir imágenes.

Pacientes de emergencia o en trabajo de parto: si llego al Departamento de Urgencias en trabajo de parto o por una emergencia, entiendo que tengo derecho a que un médico u otro profesional médico calificado me realice exámenes de evaluación médica para determinar si sufro una afección de emergencia y, de existir dicha afección, a recibir tratamiento de estabilización dentro de las capacidades del personal y las instalaciones del hospital, aunque no pueda pagar por estos servicios, no tenga seguro médico o no tenga derecho a recibir los beneficios de Medicare o Medicaid.

Indemnización por accidentes laborales:

Solicito tratamiento para una lesión o enfermedad que se produjo mientras estaba en mi lugar de trabajo o realizando un trabajo para mi empleador: No Sí

En caso afirmativo, ¿en qué fecha se produjo el accidente o la enfermedad?: 06/17/2024

En caso afirmativo, Indique el nombre y el número telefónico de su supervisor: 700 E CanaL St S

En caso afirmativo, indique el nombre y el número telefónico de su supervisor Michel . 561-985-9100

Si conoce la compañía de seguros de indemnización a los trabajadores de su empleador, indique el nombre o la información de contacto:

NOT A CERTIFIED COPY

ST. MARY'S MEDICAL CENTER
PALM BEACH HEALTH NETWORK

Session Date: 06/17/2024

# PATIENT REPORT

**ABEL MAYAPEREZ**

Pago por atención médica y relacionada: comprendo que el pago se realiza cuando se prestan los servicios. Acepto pagar oportunamente todas las facturas del hospital según las tarifas y los plazos habituales del hospital, lo que incluye las políticas de atención de beneficencia, ayuda financiera, pago con descuento o políticas de acuerdos de pago alternativos, si corresponde. Comprendo que el hospital proporcionará un cálculo aproximado de lo que debo según la información que proporciono y a la información de mi seguro u otro tercero pagador, según corresponda. El cálculo aproximado puede incluir mi copago, coseguro o deducible, todos los cuales se deben pagar en el momento del servicio. Comprendo que puedo recibir una factura por las cantidades adeudadas que no se cobran en el momento del servicio. Si no cumplo con el pago de los servicios y mi cuenta se envía a un tercero para su cobro, pagaré los gastos reales relacionados con la cobranza, como los honorarios del abogado y cualquier otro cargo autorizado por ley. Entiendo que el hospital puede solicitar y usar datos de terceros, como agencias de informes crediticios, para verificar los datos demográficos o evaluar las opciones financieras. Entiendo que los médicos y los cirujanos, entre los que se incluyen radiólogos, patólogos, médicos de emergencia y anestesiólogos, me enviarán una factura aparte por sus servicios y recibiré facturas separadas de cada uno de los proveedores que me proporcionen atención durante la consulta en el hospital. Estoy de acuerdo en que si hay un sobrepago o un exceso de saldo en esta cuenta, dicho sobrepago o exceso de saldo puede aplicarse a otras cuentas pendientes de las que esté obligado financieramente.

Aviso de conversión electrónica de cheques: si proporciono un cheque como pago, autorizo a que el hospital use la información del cheque para realizar una transferencia electrónica de fondos (EFT, Electronic Funds Transfer) única desde mi cuenta o para procesar el pago como transacción de cheques. Si el hospital usa información de un cheque para realizar una EFT, se podrían retirar los fondos de mi cuenta corriente el mismo día.

Cesión de beneficios: cedo y autorizo el pago directo al hospital de todos los beneficios del seguro y del plan para esta hospitalización o para estos servicios ambulatorios. Completamente y sin ninguna limitación o reserva, cedo al hospital, junto con cualquier abogado o agente que actúe en su nombre, todos mis derechos e intereses en todos los beneficios del seguro o las ganancias por los servicios prestados por el mismo. Sin limitar la generalidad de lo anterior, esta cesión se extiende a todos mis derechos a (1) solicitar y recibir documentos y otra información de cualquier entidad o persona, incluidas las que se rigen por la Ley de Seguridad de los Ingresos de Jubilación de los Empleados de 1974 (Employee Retirement Income Security Act, "ERISA"); (2) apelar cualquier denegación o pago insuficiente de los beneficios o la cobertura; y (3) ejercer cualquier recurso legal en cualquier tribunal y recibir todas las compensaciones (monetarias o de equidad) disponibles en virtud de la legislación aplicable, incluidas todas las disposiciones de la ERISA. Si soy beneficiario de Medicare, solicito que se realice en mi nombre el pago de los beneficios autorizados al hospital por cualquier servicio que este me haya proporcionado y certifico que la información que suministro al solicitar el pago bajo el programa de Medicare, Título XVIII de la Ley de Seguridad Social, es correcta. Autorizo la divulgación de cualquier información necesaria para dar curso a esta solicitud. En el caso de que mis días actuales de hospitalización de Medicare estén agotados o se agoten durante mi estadía en el hospital, autorizo al hospital a facturar y recibir el pago de los beneficios de mis días de reserva vitalicia, en la medida en que estén disponibles y sean aplicables. En cuanto a todos los beneficios del seguro y del plan, incluido Medicare, si el hospital está autorizado a facturar por los servicios prestados por los médicos u otros proveedores, asigno el pago al hospital por los servicios prestados por estos médicos y proveedores. Si recibo el pago de una aseguradora o plan de salud por los servicios del hospital, enviaré ese pago al hospital de inmediato. Estoy de acuerdo en que el pago de la aseguradora o del plan de salud al hospital en virtud de esta autorización y solicitud liberará las obligaciones de la aseguradora o del plan de salud en la medida en que se efectúe dicho pago. Comprendo que soy responsable económicamente de cualquier gasto hospitalario o de otro tipo que no se pague de acuerdo con esto. Comprendo que es mi responsabilidad pagar los servicios que no están cubiertos por mis beneficios, así como cualquier copago y deducible correspondientes. Comprendo que es mi responsabilidad pagar las cantidades no cubiertas debido a una tarjeta de seguro inactiva, la ausencia de seguro, la ausencia de tarjeta de seguro o en caso de que el hospital no sea un proveedor participante del seguro (fuera de la red).

Instrucciones anticipadas:

Tiene el paciente instrucciones anticipadas o un testamento vital?: ☑ No ☐ Sí

Si la respuesta es sí, ¿proporcionó una copia? ☐ No ☐ Sí

Tiene el paciente un poder duradero para atención médica?: ☑ No ☐ Sí

NOT A CERTIFIED COPY

ST. MARY'S MEDICAL CENTER PALM BEACH HEALTH NETWORK

Session Date: 06/17/2024

# PATIENT REPORT

**ABEL MAYAPEREZ**

Si la respuesta es sí, ¿proporcionó una copia? ☐ No ☐ Sí

El paciente ha designado un apoderado de atención de salud?: ☑ No ☐ Sí

Si la respuesta es sí, ¿proporcionó una copia? ☐ No ☐ Sí

Nombre del apoderado de atención de salud designado:

Número de teléfono:

Deseo recibir más información sobre los testamentos vitales y otras instrucciones anticipadas: ☑ No ☐ Sí

Acuse de recibo del Aviso de prácticas de privacidad: Conozco el aviso de prácticas de privacidad que describe el modo en que este hospital podría usar y divulgar la información de salud del paciente. El aviso de prácticas de privacidad incluye información sobre la forma en que se podría incluir mi nombre en el directorio del hospital para que yo pueda recibir visitas y llamadas telefónicas, a menos que me niegue a ser incluido en el directorio. Acuso recibo del Aviso de prácticas de privacidad del hospital si no lo he recibido durante el último año o si el documento ha sido modificado desde la última vez que me registré en el hospital.

Derechos y deberes del paciente: recibí la información sobre los Derechos y deberes del paciente que explica mis derechos y deberes como paciente en este hospital, lo que incluye cómo presentar una queja y una queja formal. Derechos y deberes del paciente: recibí la información sobre los Derechos y deberes del paciente que explica mis derechos y deberes como paciente en este hospital, lo que incluye cómo presentar una queja y una queja formal.

Divulgación de información: el hospital deberá obtener mi consentimiento y autorización para divulgar información médica, salvo en aquellas circunstancias en las que el hospital esté autorizado u obligado por ley a divulgar información. Doy mi consentimiento para la divulgación de mi información a terceros para actividades de educación o investigación. Doy mi consentimiento para la divulgación de información médica a entidades que proporcionan atención en entornos de atención posaguda. De conformidad con la Ley de Dispositivos Médicos Seguros (Safe Medical Device Act) de 1990, en caso de que se me implante un dispositivo médico permanente, autorizo al hospital a informar al fabricante mi nombre, dirección, número de teléfono y número del Seguro Social, si está disponible, así como otra información sobre el implante.

Autorizo al hospital a divulgar la totalidad o cualquier parte de mi historia clínica a cualquier entidad que sea o pueda ser responsable ante el hospital o ante mí por la totalidad o parte de los cargos del hospital o los médicos del hospital por los servicios que me hayan prestado, lo que incluye, entre otros, las compañías de servicios hospitalarios o de seguros, compañías de seguros por accidentes y enfermedades laborales, fondos de previsión, mi empleador o las organizaciones de revisión de utilización médica designadas por los anteriores.

Ensayos o investigación clínicos:

Actualmente participo en un ensayo clínico: ☑ No ☐ Sí

NOT A CERTIFIED COPY

ST. MARY'S MEDICAL CENTER
PALM BEACH HEALTH NETWORK

Session Date: 06/17/2024

# PATIENT REPORT

ABEL MAYAPEREZ

Los servicios que me prestarán en esta consulta en el hospital, ¿forman parte del ensayo clínico? ☐ No ☐ Sí

Tengo en mi poder una copia de mi consentimiento de información firmado: ☐ No ☐ Sí

Si la respuesta es sí, nos gustaría sacar una copia de este consentimiento para guardarlo en su archivo.

Cuál es el nombre del hospital o del consultorio del médico donde se realiza este ensayo?

Indique el nombre del médico del estudio:

Indique el nombre de la enfermera o el coordinador de la investigación:

Consentimiento de comunicación:

Doy mi consentimiento y autorizo al hospital, a cualquier médico o cuidador, así como a cualquier entidad, representante o contratista relacionado, como, entre otros, planificadores, cobradores de deudas y otros miembros contratados del personal (cualquiera o todos ellos mencionados como "Proveedor") para usar sistemas automáticos de marcado telefónico, sistemas de mensajes de texto y correo electrónico para (1) enviarme mensajes (lo que incluye mensajes o mensajes de texto pregrabados) sobre mi cuenta, fechas de vencimiento de pagos, pagos faltantes, información sobre suministros médicos o servicios prestados, intercambio de información, cambios en la ley de atención de salud, cobertura de atención de salud, control de la atención y otra información de atención de salud o (2) enviar mensajes de telemarketing (que incluye mensajes pregrabados) durante una llamada o por medio de mensajes de texto que proporcionen un mensaje de "atención de salud" de parte o en nombre de una "entidad cubierta" o su "socio comercial", según la definición de esos términos en la Ley de Privacidad Responsabilidad y Transferibilidad del Seguro de Salud (HIPAA, Health Insurance Portability and Accountability Act), 45 CFR 160.103.

Es posible que los mensajes telefónicos se reproduzcan automáticamente en una máquina cuando se conteste el teléfono, sin importar si lo contesto yo o alguien más. También es posible que mi máquina contestadora grabe estos mensajes. Autorizo al Proveedor para llamar o enviar un mensaje de texto a cualquier número de teléfono que yo le dé al Proveedor y a reproducir mensajes pregrabados o enviar mensajes de texto con información sobre mis transacciones por teléfono y entiendo que dicha información no estará cifrada ni será segura.

Prometo que, a menos que yo diga lo contrario, soy dueño o uso habitualmente los números de teléfono que le indique al Proveedor. También prometo avisarle al Proveedor por escrito y dentro de 30 días si cambio de número de teléfono. Entiendo que el Proveedor seguirá usando el número que yo le dé a menos que le proporcione un aviso de cambio y, por lo tanto, no informarle al Proveedor puede causar la pérdida o el retraso de las comunicaciones.

También autorizo al Proveedor a comunicarme dicha información por correo electrónico y entiendo que la información podría no estar cifrada ni ser segura.

Acepto que el Proveedor no será responsable ante mí por llamadas o comunicaciones electrónicas, incluso si la información se le proporciona a un receptor no deseado (entre las que se incluyen, por ejemplo, comunicaciones a un número previo que todavía no le he avisado al Proveedor que ya no ocupo).

NOT A CERTIFIED COPY

ST. MARY'S MEDICAL CENTER
PALM BEACH HEALTH NETWORK

Session Date: 06/17/2024

# PATIENT REPORT

**ABEL MAYAPEREZ**

Entiendo que, cuando reciba dichas llamadas o comunicaciones electrónicas, la empresa que me proporciona servicios de telecomunicación, inalámbricos o de Internet puede cobrarme. Acepto que el Proveedor no es responsable por dichos cobros.

Entiendo que dar mi consentimiento para recibir llamadas y mensajes no es una condición para recibir los servicios médicos. También entiendo que puedo revocar mi consentimiento de comunicación en cualquier momento con solo comunicarme directamente con el Proveedor o usar el método de exclusión que se identificará en la comunicación correspondiente.

He leído y recibido una copia de este formulario. Soy el paciente, el representante legal del paciente o estoy autorizado por el paciente para ser su apoderado general para actuar en su nombre y aceptar los términos de este formulario. Entiendo y acepto los términos de este Formulario de consentimiento para el tratamiento y condiciones para el ingreso. Si tengo alguna consulta, he tenido la oportunidad de preguntar sobre cualquier cosa que no entienda. También acuso recibo de la copia de este Aviso de prácticas de privacidad y soy el paciente, el representante legal del paciente o estoy autorizado por el paciente para ser su apoderado general para aceptar sus términos.

Acuerdo de responsabilidad financiera de la persona distinta al paciente o del representante legal del mismo: Acepto la responsabilidad financiera por los servicios prestados al paciente y los términos del pago por atención médica o relacionada (párrafo 8) y la cesión de beneficios (párrafo 10).

Traductor: He leído el documento de forma precisa y completa al paciente o al representante legal del paciente en el idioma solicitado por el paciente o el representante del paciente.

Fecha y hora: 06/17/2024 12:12

Nombre del paciente: ABEL MAYAPEREZ

Firma individual para el paciente:

Relación con el paciente:

☑ I Accept
☐ I Decline

06/17/2024

NOT A CERTIFIED COPY

## Declaration of a Minor

**Declaration of a Minor:**

To be signed only in the instance in which a minor is seeking treatment without a parent or legal guardian present and meets at least one of the criteria below.

I understand the conditions of admission and consent to treatment as attached. In addition, I declare: I have the capacity to consent to health services on the basis that

(i) I am 16 years of age or older and the health services to be performed do not involve an operation; or

(ii) I am married and or I have borne a child and I am seeking health services for myself or my child. I agree to pay to the doctors and or hospital all charges not paid by my insurance company unless prohibited by applicable law or insurance agreement or I am under the age of 18. I allow the hospital to release my treatment information to my parents, guardian or managing conservator or as otherwise necessary to submit claims to the insurance company.

ST. MARY'S MEDICAL CENTER
PALM BEACH HEALTH NETWORK

# PATIENT REPORT

Session Date: 06/17/2024

**ABEL MAYAPEREZ**

Date / Time:

Patient Name:
Individual Signing for Patient:
Relationship to Patient:

**Signature**

**Signature Acceptance** *

☑ I Accept
☐ I Decline

06/17/2024

NOT A CERTIFIED COPY

# EXHIBIT "B"

NOT A CERTIFIED COPY

# OCCUPATIONAL ACCIDENT INSURANCE DECLARATIONS

## Occupational Accident Insurance Policy

**SECTION I – SCHEDULE includes the following Benefits Summary:**

| Benefit | | Description | Description |
|---|---|---|---|
| | | **Occupational Injuries** | **Non-Occupational Injuries** |
| **1.** | Accidental Death Benefit: | | |
| | **Principal Sum*** | $50,000 | $15,000 |
| | **Commencement Period** | 365 days | 365 days |
| **2.** | Survivor's Benefit: | | |
| | **Principal Sum*** | $200,000 | N/A |
| | Monthly Benefit Percentage of **Principal Sum** | 1% | N/A |
| | **Monthly Benefit Amount** | $2,000 | N/A |
| **3.** | Accidental Dismemberment Benefit: | | |
| | **Principal Sum*** | $250,000 | $15,000 |
| | **Commencement Period** | 365 days | 365 days |
| **4.** | Accidental Paralysis Benefit: | | |
| | **Principal Sum*** | $250,000 | N/A |
| | **Commencement Period** | 365 days | N/A |
| **5.** | Accident Medical Expense Benefit: | | |
| | **Commencement Period** | 90 days | 90 days |
| | Deductible Amount | $0 | $0 |
| | **Maximum Benefit Amount** | $1,000,000 | $15,000 |
| | **Maximum Benefit Period** | 104 weeks | 52 weeks |
| , | Dental Benefit Maximum | $5,000 | $1,000 |
| | Lifetime **Maximum Benefit Amount** | $__________ | $__________ |
| | Physical, **Occupational,** or Work Hardening Therapies | To a maximum-combined 36 visits per surgery; or as authorized by Us | N/A |
| | Ambulance for **Medically Necessary Services** | 1 round trip to and from a Hospital to a maximum of $10,000 per **Accident** | 1 round trip to and from a Hospital to a Maximum of $1,000 per **Accident** |
| | Acupuncture Care and Chiropractic Care | $1,000 per **Injury** | N/A |
| | **Mental and Nervous or Depressive Condition** | 1 visit per day to a maximum of $25 per visit and 20 visits per **Accident** | N/A |

NOT A CERTIFIED COPY

| | | | |
|---|---|---|---|
| **6.** | Temporary Total Disability Benefit: | | |
| | **Commencement Period** | 90 days | NA |
| | **Waiting Period** | 7 days | N/A |
| | Benefit Percentage | 70% | N/A |
| | **Minimum Weekly Benefit Amount** | $150 | NA |
| | **Maximum Weekly Benefit Amount** | $600 | N/A |
| | **Maximum Benefit Period**** | 104 weeks | N/A |
| **7.** | Continuous Total Disability Benefit:*** | | |
| | **Waiting Period** | equals Maximum Benefit Period for Temporary Total Disability | N/A |
| | Benefit Percentage | 70% | N/A |
| | **Minimum Weekly Benefit Amount** | $150 | N/A |
| | **Maximum Weekly Benefit Amount** | $600 | N/A |
| | **Maximum Benefit Amount** | $________ | N/A |
| | **Maximum Benefit Period** | Not beyond full Social Security retirement age | N/A |
| **8.** | Additional Benefits: | | |
| | Limits of Liability: | | |
| | **Combined Single Limit of Liability** | $1,000,000 | N/A |
| | **Aggregate Limit of Liability** | $2,000,000 | N/A |
| | Sub Limits of Liability: | | |
| | **Combined Single Limit of Liability for:** | | |
| | **Occupational Disease** | $50,000 | N/A |
| | **Occupational Cumulative Trauma** | $50,000 | N/A |
| | **Pre-Existing Condition(s)** | 10,000 | N/A |

*Starting at age 65, the **Principal Sum** shall be based on the following schedule:

| Age at Date of Loss | Percent of Principal Sum |
|---|---|
| 65 | 80% |
| 66 | 60% |
| 67 | 40% |
| 68 | 25% |
| 69 | 20% |
| 70 and over | 10% |

** If an **Insured Person** suffers an **Injury** at or after the age 70, the **Maximum Benefit Period** shall be [year]

*** If an **Insured Person** sustains an **Injury** within six months or less of attaining his or her full Social Security retirement age, as defined by the United States Social Security Administration, the **Insured Person** does not qualify for the Continuous Total Disability Benefit.

NOT A CERTIFIED COPY

# EXHIBIT "C"

NOT A CERTIFIED COPY

OccuSure Claims Services / Imperium Insurance Company 1292

| | | | |
|---|---|---|---|
| Claim #: | SKY-00053-2024 | Date of Service: | 06/17/2024 - 07/11/2024 |
| Claimant: | Abel Maya Perez | Payment Type: | Medical |
| Date of Injury: | 06/17/2024 | In Payment Of: | UB/IP Dr F Azar, R Elkhechen |
| Employer: | J & G Transport Inc. | Amount Paid: | $26,717.55 |
| Payee Type: | Vendor | Send To: | St Marys Medical Center*<br>PO Box 741191<br>Atlanta, GA 30374 |

NOT A CERTIFIED COPY

OccuSure Claims Services / Imperium Insurance Company 1292

| | | | |
|---|---|---|---|
| Claim #: | SKY-00053-2024 | Date of Service: | 06/17/2024 - 07/11/2024 |
| Claimant: | Abel Maya Perez | Payment Type: | Medical |
| Date of Injury: | 06/17/2024 | In Payment Of: | UB/IP Dr F Azar, R Elkhechen |
| Employer: | J & G Transport Inc. | Amount Paid: | $26,717.55 |
| Payee Type: | Vendor | Send To: | St Marys Medical Center*<br>PO Box 741191<br>Atlanta, GA 30374 |

REORDER 140-5187 FORM #7200

# EXHIBIT "D"

NOT A CERTIFIED COPY

Johnston & Associates
YOUR RISK MANAGEMENT PARTNER

January 21, 2025

St Marys Medical
PO Box 741191
Atlanta GA 30374
**Attn: Patient Billing Department**

RE: Abel Maya Perez Claim# SKY-00053-2024

Johnston and Associates, Inc. / OccuSure Claims Services has reviewed your request for reconsideration for date of service 6/17/2024 total bill $629,670.46. Your request has been denied for the following reason:

- This claim is an Occupational Accident claim and does not fall under Workers' Compensation and therefore not subject to the rules and regulations set forth for such claims. Occupational Accident claims are subject to reimbursement by Medicare rates and this is how our office reimbursed your facility for the dates of service listed above

Should you have further questions regarding this issue, please feel free to contact me.

Sincerely,

Holly Burgess
Medical Bill Review

NOT A CERTIFIED COPY

Post Office Box 682829, Franklin, Tennessee 37068
Phone: (615) 373-0500 • Fax: (615) 377-4735

# EXHIBIT "E"

NOT A CERTIFIED COPY

1678

OccuSure Claims Services
Imperium Insurance Company
PO Box 682829
Franklin, TN 37068

Pinnacle Bank
87-853/640

DATE 04/29/2025

PAY TO THE ORDER OF St Mary's Medical Center* $ 247,736.60

Two Hundred Forty Seven Thousand Seven Hundred Thirty Six and 60/100 DOLLARS

St Mary's Medical Center
901 45th St
West Palm Beach, FL 33407

MEMO RECONSIDERATION
101310000062290

Larisa C Featherstone

⑈001678⑈ ⑆064008637⑆0800108485384⑈

**OccuSure Claims Services / Imperium Insurance Company** **1678**

| | | | |
|---|---|---|---|
| Claim #: | **SKY-00053-2024** | Date of Service: | **06/17/2024 - 07/11/2024** |
| Claimant: | **Abel Maya Perez** | Payment Type: | **Medical** |
| Date of Injury: | **06/17/2024** | In Payment Of: | **RECONSIDERATION** |
| Employer: | **J & G Transport Inc.** | Amount Paid: | **$247,736.60** |
| Payee Type: | **Vendor** | Send To: | **St Mary's Medical Center*<br>901 45th St<br>West Palm Beach, FL 33407** |

NOT A CERTIFIED COPY

**OccuSure Claims Services / Imperium Insurance Company** **1678**

| | | | |
|---|---|---|---|
| Claim #: | **SKY-00053-2024** | Date of Service: | **06/17/2024 - 07/11/2024** |
| Claimant: | **Abel Maya Perez** | Payment Type: | **Medical** |
| Date of Injury: | **06/17/2024** | In Payment Of: | **RECONSIDERATION** |
| Employer: | **J & G Transport Inc.** | Amount Paid: | **$247,736.60** |
| Payee Type: | **Vendor** | Send To: | **St Mary's Medical Center*<br>901 45th St<br>West Palm Beach, FL 33407** |



REORDER 140-51B7 FORM #7200

PLEASE ENDORSE HERE

Deposited under protest and
without prejudice to our rights
Not a settlement of the full amount due

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE *

ORIGINAL DOCUMENT

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES:

- MICR COMPATIBILITY
- MICRO PRINT
- SECURITY SCREEN

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

® PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION.

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

3

NOT A CERTIFIED COPY